**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PRL USA HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YONG PENG, et al., <br><br> Defendants. | Case No. 19-cv-04835 <br><br> **Judge John Z. Lee** <br><br> **Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PRL USA Holdings, Inc. ("Plaintiff"), hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| dropshipping cooperation Store | 91 |
| a-gaomiaomiao | 115 |
| carry2020 | 117 |
| haishan58 | 130 |
| kobiial12 | 139 |
| wgx69 | 165 |

Since all Defendants have been dismissed or have had judgment entered against them, the case can be terminated.

Dated this 11th day of October 2019.	Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Attorneys for Plaintiff PRL USA Holdings, Inc.*