# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PRL USA HOLDINGS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>YONG PENG, et al.,<br><br>        Defendants. | Case No. 19-cv-04835<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Maria Valdez** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 26, 2019 [55], in favor of Plaintiff PRL USA Holdings, Inc. ("Plaintiff") a subsidiary of Ralph Lauren Corporation, (collectively, "Ralph Lauren") and against the Defendants Identified in Schedule A in the amount of two hundred and fifty thousand dollars ($250,000) per Defaulting Defendant for willful use of counterfeit RALPH LAUREN Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Ralph Lauren acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| supermarket8882016 | 159 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 13th day of December 2019.	Respectfully submitted,

/s/RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff PRL USA Holdings, Inc.*